AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Williamson, Michael G. | Bankruptcy Court-M.D. Florida | 05/15/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief U.S. Bankruptcy Judge - Active | ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

Sam M. Gibbons U.S. Courthouse
801 N. Florida Ave., Ste. 840
Tampa, FL 33602

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor | Stetson University College of Law |
| 2. | Co-Author of Bankruptcy Law Manual | West Services, Inc. (Publisher) |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 5/20/2013 | Adjunct Professor, Stetson University College of Law: Teach bankruptcy course one semester per year beginning Spring 2014 (January-April). |
| 2. | 1/3/2014 | Co-Author of Bankruptcy Law Manual published by West Services, Inc.: Prepare annual updates. |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williamson, Michael G. | 05/15/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2017 | Stetson University School of Law-Teaching | $2,550.00 |
| 2. | 2017 | West Services, Inc.-Royalties from Bankruptcy Law Manual | $20,633.04 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | State of Florida - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Florida Bar | 1/25/2017-1/26/2017 | Kissimmee, FL | Business Law Section Committee Meetings | Transportation, lodging, meals |
| 2. | American Bankruptcy Institute | 2/2/2017-2/4/2017 | Tampa, FL | Seminar Panelist | Hockey Ticket, meals |
| 3. | The Florida Bar | 4/26/2017–4/30/2017 | Lisbon, Portugal | Business Law Section Executive Council Retreat | Transportation, lodging, meals |
| 4. | Central Florida Bankruptcy Law Association | 5/4/2017-5/5/2017 | Orlando, FL | Seminar Speaker/Panelist | Lodging, meals |
| 5. | National Association of Consumer Bankruptcy Attorneys | 5/5/2017-5/6/2017 | Orlando, FL | Seminar Panelist | Transportation, lodging, meals |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Williamson, Michael G. | 05/15/2018 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 6. | University of Miami | 6/8/2017-6/9/2017 | Coral Gables, FL | Seminar Panelist | Transportation, lodging |
| 7. | The Florida Bar | 6/21/2017-6/23/2017 | Boca Raton, FL | Business Law Section Committee & Executive Council Meetings | Transportation, lodging, meals |
| 8. | American Bankruptcy Institute | 7/27/2017-7/30/2017 | Hilton Head Island, SC | Seminar Panelist | Transportation, lodging, meals |
| 9. | Jacksonville Bankruptcy Bar Association | 8/24/2017-8/25/2017 | Ponte Vedra Beach, FL | Seminar Panelist | Transportation, lodging, meals |
| 10. | The Florida Bar | 9/1/2017-9/4/2017 | Palm Beach, FL | Business Law Section Retreat/Committee & Executive Council Meetings | Transportation, lodging, meals |
| 11. | National Conference of Bankruptcy Judges | 10/7/2017-10/11/2017 | Las Vegas, NV | Annual Conference | Lodging |
| 12. | American Bankruptcy Institute | 10/15/2017-10/17/2017 | Washington, DC | Seminar Panelist | Transportation, lodging, meals |
| 13. | The Florida Bar | 11/2/2017-11/3/2017 | Miami, FL | Seminar Panelist | Transportation, lodging, meals |
| 14. | American Institute of Certified Public Accountants | 11/12/2017-11/14/2017 | Las Vegas, NV | Seminar Panelist | Transportation, lodging, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| **Williamson, Michael G.** | 05/15/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williamson, Michael G. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Schwab-Joint Tenants Account (H) | | | | | | | | | |
| 2. - Money Market Account | A | Interest | J | T | | | | | |
| 3. Phoenix Universal Life Ins. (H) | | | | | | | | | |
| 4. - Virtus Capital Growth | E | Dividend | | | Redeemed (part) | 05/10/17 | K | D | |
| 5. | | | | | Redeemed | 10/30/17 | L | | |
| 6. MFS IRA (H) | | | | | | | | | |
| 7. - MFS Growth Fund-A | C | Dividend | | | Distributed | 12/14/17 | K | B | |
| 8. Schwab IRA (H) | | | | | | | | | |
| 9. - DFA Emerging Markets Core Equity Portfolio | A | Dividend | L | T | Sold (part) | 06/07/17 | J | | |
| 10. - DFA Emerging Markets Value Portfolio | A | Dividend | K | T | | | | | |
| 11. - DFA Two Year Global Fixed Income Portfolio | B | Dividend | M | T | Buy (add'l) | 06/07/17 | J | | |
| 12. - DFA US Large Co. Portfolio | B | Dividend | M | T | | | | | |
| 13. - DFA US Large Cap Value Portfolio | D | Dividend | M | T | | | | | |
| 14. - DFA US Micro Cap Portfolio | C | Dividend | L | T | | | | | |
| 15. - DFA US Small Cap Value Portfolio | C | Dividend | L | T | | | | | |
| 16. - Pimco High Yield Spectrum Instl | A | Dividend | K | T | | | | | |
| 17. - DFA Intl Vector Eqty Port | A | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williamson, Michael G. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - DFA International Core Equity Portfolio | B | Dividend | M | T | | | | | |
| 19.  - DFA Global Real Estate Securities Portfolio | C | Dividend | L | T | | | | | |
| 20.  - DFA Short Term Extended Quality Port Instl | A | Dividend | M | T | Buy (add'l) | 02/23/17 | J | | |
| 21.  - Vanguard Inflation Protected Secs Adm Shr | A | Dividend | K | T | Buy (add'l) | 11/17/17 | J | | |
| 22.  - DFA Short Duration Real Return Port Inst | A | Dividend | K | T | | | | | |
| 23.  - DFA Inter Term Extended Quality Port Inst Cl | A | Dividend | L | T | | | | | |
| 24.  - Vanguard Mortgage Backed Sec Index Admiral | A | Dividend | K | T | | | | | |
| 25.  SunTrust bank accounts | A | Interest | K | T | | | | | |
| 26.  Smart 529 College Savings Plan-Grandchild #1 (H) | | | | | | | | | |
| 27.  - Aggressive Growth Portfolio D | D | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williamson, Michael G. | 05/15/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part III.A., Line 1: Compensation is within the limitation set forth in Section 3(a) of the Judicial Conference Regulations on Gifts, Outside Earned Income, Honoraria and Employment; and prior approval was sought and obtained as required by Section 5(a)(5).

Part III.A., Line 2: Royalties do not constitute outside earned income, pursuant to Section 3(b)(5) of the Judicial Conference Regulations on Gifts, Outside Earned Income, Honoraria and Employment.

Part VI: The SunTrust Bank Line of Credit that was included in the 2016 Report had a zero balance as of 12/31/2017, and thus is not included in the 2017 Report.

Part VII: Schwab-Homestead R.E. Tax Account (H) [Part VII, Lines 1 & 2 of 2016 Report] is not listed in this report because it was closed 05/12/16.

Part VII: Schwab-Joint Tenants Account (H)--Harley Davidson Common Stock [Part VII, Line 5 of 2016 Report] is not listed in this report because it was sold 05/11/16.

Part VII: AllianzValueMark Variable Annuity (H) [Part VII, Lines 6-8 of 2016 Report] is not listed in this report because it was redeemed 06/15/16.

| Name of Person Reporting | Date of Report |
|---|---|
| Williamson, Michael G. | 05/15/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Michael G. Williamson

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544